AUSA: William K. Stone

**23 MAG 7114**

| | |
|---|---|
| UNITED STATES OF AMERICA | <u>SEALED COMPLAINT</u> |
| v. | Violations of 18 U.S.C. §§ 2113(a) and 2 |
| JERRY WALTON, | COUNTY OF OFFENSE: |
| Defendant. | NEW YORK |

SOUTHERN DISTRICT OF NEW YORK, ss.:

      ALEXANDER LOIZIAS, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), and a member of the FBI-New York City Police Department ("NYPD") Joint Bank Robbery/Violent Crime Task Force, and charges as follows:

<u>COUNT ONE</u>
**(Bank Robbery)**

      1.      On or about August 21, 2023, in the Southern District of New York and elsewhere, JERRY WALTON, the defendant, knowingly, by force and violence, and by intimidation, took and attempted to take, from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management, and possession of a bank, as that term is defined in Title 18, United States Code, Section 2113(f), to wit, WALTON stole money from a particular bank ("Bank-1") by threatening harm to a bank teller who was working at a branch of Bank-1 in the vicinity of 1107 Broadway in New York, New York.

(Title 18, United States Code, Sections 2113(a) and 2.)

<u>COUNT TWO</u>
**(Bank Robbery)**

      2.      On or about August 26, 2023, in the Southern District of New York and elsewhere, JERRY WALTON, the defendant, knowingly, by force and violence, and by intimidation, took and attempted to take, from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management, and possession of a bank, as that term is defined in Title 18, United States Code, Section 2113(f), to wit, WALTON stole money from a particular bank ("Bank-2") by threatening harm to a bank teller who was working at a branch of Bank-2 in the vicinity of 444 Madison Avenue in New York, New York.

(Title 18, United States Code, Sections 2113(a) and 2.)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

      3.      I have been a Special Agent with the FBI for approximately 3 years, and I am currently a member of the FBI-New York City Police Department Joint Bank Robbery/Violent

Crime Task Force (the "Task Force"). I have been personally involved in the investigation of this matter. This affidavit is based upon my conversations with other law enforcement officers and witnesses; my examination of surveillance videos, photographs, law enforcement reports, and other law enforcement records; and my involvement in this investigation. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

### The August 21 Bank Robbery

4.  Based on my conversations with other law enforcement officers and witnesses, and my review of law enforcement reports, surveillance video, and photographs, I have learned the following about a bank robbery that occurred on August 21, 2023 (the "August 21 Bank Robbery"):

    a.  On or about August 21, 2023, at approximately 11:47 a.m., a man ("Perpetrator-1") who has since been identified as JERRY WALTON, the defendant, for the reasons detailed in paragraph 5, *infra*, entered a bank branch located at or around 1107 Broadway in New York, New York ("Bank-1").

    b.  Surveillance video footage taken from Bank-1 shows Perpetrator-1 wearing a black button-down shirt, beige pants, a black jacket, and black sneakers. A still image of Perpetrator-1, as captured by surveillance video footage, is copied below.



    c.  Perpetrator-1 then approached a teller window and passed to an employee of Bank-1 ("Employee-1") a pre-written note that demanded, in sum and substance, that Employee-1 "[g]ive me all the $100.00 and $50.00 in your draw. No die packs or tracking. I will

pull my gun out and start shutting.  Do play.  Do it now.  Hurry."  A still image of the note is copied below:



          d.      As Perpetrator-1 demanded that Employee-1 give him Bank-1's money, Perpetrator-1 threatened Employee-1.  During an interview with the NYPD, Employee-1 reported that Perpetrator-1 stated, in sum and substance, that he would turn around and shoot everyone in Bank-1.  As Perpetrator-1 was threatening Employee-1, he was also gesturing to his waistband, as if he was carrying a firearm.  Still images of Perpetrator-1 threatening Employee-1 are copied below:





e. Employee-1 gave Perpetrator-1 approximately $1,000 of Bank-1's money. Perpetrator-1 then exited Bank-1 and fled eastbound between 24th and 25th Streets in the direction of Madison Square Park.

## Identification of WALTON

5. Based on my participation in this investigation, conversations with law enforcement officers, and my review of documents, photographs, and surveillance video, I believe that JERRY WALTON, the defendant, is Perpetrator-1. Specifically, I have learned the following, in substance and in part:

a. Officers with the New York Police Department ("NYPD") responded to the scene of the August 21 Bank Robbery and processed the scene for evidence.

b. Bank surveillance captured Perpetrator-1 resting his hand on the counter in front of Employee-1. NYPD officers captured a latent fingerprint from the same area on the counter and submitted the fingerprint for testing.

c. On or about September 7, 2023, examiners in the NYPD's Latent Print Unit compared the collected latent fingerprint to latent fingerprints in law enforcement databases. This search revealed that the collected latent fingerprint originated from the same source as latent fingerprints that belong to WALTON.

4

d. Law enforcement records describe WALTON as 5 feet, 8 inches tall, weighing 160 pounds, which, based on my examination of surveillance video, is consistent with the physical characteristics of Perpetrator-1.

### The August 26 Bank Robbery

6. Based on my conversations with other law enforcement officers and witnesses, and my review of law enforcement reports, surveillance video, and photographs, I have learned the following about a bank robbery that occurred on August 26, 2023 (the "August 26 Bank Robbery"):

a. On or about August 26, 2023, at approximately 10:00 a.m., a man ("Perpetrator-2") who has since been identified as JERRY WALTON, the defendant, for the reasons detailed in paragraph 7, *infra*, entered a bank branch located at or around 444 Madison Avenue in New York, New York ("Bank-2").

b. Surveillance video footage taken from Bank-2 shows Perpetrator-2 wearing a light colored button-down shirt, grey pants, and black shoes. A still image of Perpetrator-2, as captured by surveillance video footage, is copied below:



c. Perpetrator-2 then approached a teller window and passed to an employee of Bank-2 ("Employee-2") a pre-written note that demanded, in sum and substance, that Employee-1 give him, "$25,000 now. I have a gun and will blast people no tracking no die packs 10 seconds." A still image of the hand-written note is copied below:



   d. As Perpetrator-2 demanded that Employee-2 give him Bank-2's money, Perpetrator-2 verbally threatened Employee-2. During an interview with the NYPD, Employee-2 reported that Perpetrator-2 stated, in sum and substance, "Hurry up, I will shoot you if you don't hurry." According to Employee-2, Perpetrator-2 further stated, "Don't touch the keyboard."

   e. Employee-2 gave Perpetrator-2 approximately $500 of Bank-2's money. Perpetrator-2 then exited Bank-2 and fled northbound on 5th Avenue.

### Identification of Walton

   7. Based on my participation in this investigation, conversations with law enforcement officers, and my review of documents, photographs, and surveillance video, I believe that JERRY WALTON, the defendant, is Perpetrator-2. Specifically, I have learned the following, in substance and in part:

   a. NYPD officers responded to the scene of the August 26 Bank Robbery and processed the scene for evidence.

   b. NYPD officers and detectives interviewed Employee-2, who described Perpetrator-2 as "as a dark skin male in his 50s, with a bald head and walking with a limp."

   c. Law enforcement records describe WALTON as 5 feet, 8 inches tall, weighing 160 pounds, which, based on my examination of surveillance video, is consistent with the physical characteristics of Perpetrator-2.

   d. On August 26, 2023, a facial recognition match to WALTON was obtained from still images of Perpetrator-2.

6

**Federal Deposit Insurance Corporation**

8.      From my review of publicly available materials, as well as my training and experience as a Special Agent of the FBI, I know that, at all relevant times, the deposits of Bank-1 and Bank-2 were insured by the FDIC.

WHEREFORE, I respectfully request that a warrant be issued for the arrest of JERRY WALTON, the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

/s authorized electronic signature
_____
ALEXANDER LOIZIAS
Special Agent
Federal Bureau of Investigation


Sworn to me through the transmission of
this Complaint by reliable electronic
means (telephone), this 7th day of November, 2023.

_____
THE HONORABLE SARAH NETBURN
United States Magistrate Judge
Southern District of New York