UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JERRY WALTON,

Defendant.

**INDICTMENT**

24 Cr.

$2\ 4$ **CRIM**   $50$

## COUNT ONE
**(Bank Robbery)**

The Grand Jury charges:

1.     On or about August 21, 2023, in the Southern District of New York and elsewhere, JERRY WALTON, the defendant, knowingly, by force and violence, and by intimidation, took and attempted to take, from the person and presence of another, and obtained and attempted to obtain by extortion, property and money and a thing of value belonging to, and in the care, custody, control, management, and possession of a bank, as that term is defined in Title 18, United States Code, Section 2113(f), credit union, as that term is defined in Title 18, United States Code, Section 2113(g), and savings and loan association, as that term is defined in Title 18, United States Code, Section 2113(h), to wit, WALTON obtained money from a bank branch located at 1107 Broadway, New York, New York, by threatening a bank employee.

(Title 18, United States Code, Sections 2113(a) and 2.)

## COUNT TWO
**(Bank Robbery)**

The Grand Jury further charges:

2.     On or about August 26, 2023, in the Southern District of New York and elsewhere, JERRY WALTON, the defendant, knowingly, by force and violence, and by intimidation, took

and attempted to take, from the person and presence of another, and obtained and attempted to

obtain by extortion, property and money and a thing of value belonging to, and in the care, custody,

control, management, and possession of a bank, as that term is defined in Title 18, United States

Code, Section 2113(f), credit union, as that term is defined in Title 18, United States Code,

Section 2113(g), and savings and loan association, as that term is defined in Title 18, United States

Code, Section 2113(h), to wit, WALTON obtained money from a bank branch located at 444

Madison Avenue, New York, New York, by threatening a bank employee.

(Title 18, United States Code, Sections 2113(a) and 2.)

## FORFEITURE ALLEGATION

3.       As a result of committing the offenses alleged in Count One and Count Two of this

Indictment, JERRY WALTON, the defendant, shall forfeit to the United States, pursuant to Title

18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c),

any and all property, real and personal, that constitutes or is derived from proceeds traceable to the

commission of said offenses, including but not limited to a sum of money in United States currency

representing the amount of proceeds traceable to the commission of said offenses.

## SUBSTITUTE ASSETS PROVISION

4.       If any of the above-described forfeitable property, as a result of any act or omission

of the defendant:

     a.       cannot be located upon the exercise of due diligence;

     b.       has been transferred or sold to, or deposited with, a third person;

     c.       has been placed beyond the jurisdiction of the Court;

     d.       has been substantially diminished in value; or

2

e.     has been commingled with other property which cannot be subdivided

without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and

Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the

defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

FOREPERSON     1-29-24

DAMIAN WILLIAMS
United States Attorney

3